THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE WEST et al., Appellants, v. THE CITY OF SYRACUSE, Respondent.

*People ex rel. West* v. *City of Syracuse,* 73 App. Div. 619, affirmed.
(Argued June 11, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 16, 1902, which affirmed an order of Special Term confirming a local assessment for street paving.

*Francis B. Gill* for appellants.

*Alexander H. Cowie* for respondent.

Order affirmed, with costs, on opinion of Special Term below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.